IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD PASHION MORGAN,

     Plaintiff,                    No. CIV S-11-0165 GGH P

    vs.

M. MARTEL, et al.,                   ORDER

     Defendants.

_____/

        By order filed May 5, 2011, plaintiff's first amended complaint was dismissed and twenty eight days leave to file a second amended complaint was granted. On June 9, 2011, plaintiff was granted an additional twenty-eight days in which to file a second amended complaint. The court's docket indicates that plaintiff was served with this order on June 16, 2011. Twenty-eight days from the date of service have now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. Plaintiff has consented to this court's jurisdiction.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: September 30, 2011

                                    /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE